170 A.3d 294

**ESTATE OF ADAMS**

v.

**CONTINENTAL INSURANCE CO.**

**Pet. Docket No. 201, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Petition for writ of certiorari denied

170 A.3d 294

**FLEMING, Christopher B.**

v.

**STATE of Maryland**

**Pet. Docket No. 225, Sept.Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 760, Sept.Term, 2016).

Petition for writ of certiorari denied